No. 65537.—Venetianaire Corp. of Texas *v.* United States, protest 59/31764 (Galveston).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise contained in bales 231 to 245, inclusive, on entry 9045–H, described as bamboo valances with cotton tape, and that contained in bales 6008 to 6214, inclusive, on entry 8819–H, described as natural higo matchstick valances, consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 65538.—Chemo Puro Manufacturing Co. et al. *v.* United States, protests 60/22976(A), etc. (New York).

Opinion by WILSON, J. The protests were dismissed.

No. 65539.—E. O. Schaeffer Chemical Company, Inc. *v.* United States, protest 60/23033 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 65540.—J. D. Smith Inter-Ocean, Inc., and Alpine House, Inc. *v.* United States, protest 60/23200 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, APRIL 27, 1961

No. 65541.—Douglas Homs Co. and Arthur J. Fritz & Co. et al. *v.* United States protests 59/29647, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of scales similar in all material respects to those involved in Abstract 63285, the claim of the plaintiffs was sustained.